**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiff Board of Trustees
of the Southern Nevada and California
Glaziers, Fabricators, Painters and
Floorcoverers Pension Trust Fund*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA AND CALIFORNIA GLAZIERS, FABRICATORS, PAINTERS AND FLOORCOVERERS PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>DOOR HANGERS, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02018-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br><br><br>Date: N/A<br>Time: N/A |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, the Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund ("Plaintiff"), acting by and through its attorneys, Christensen James & Martin, Chtd., and Defendants Door Hangers, Inc. ("DHI") and American Contractors Indemnity Company ("ACIC") (DHI and ACIC collectively the "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned Case shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/ Kevin B. Archibald
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: kba@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the Southern Nevada and California Glaziers, Fabricators, Painters and Floorcoverers Pension Trust Fund*

DATED this 14th day of June, 2023.

Door Hangers, Inc.

By: /s/ Kermit Bell
Kermit T. Bell, its President

DATED this 13 day of June, 2023.

**American Contractors Indemnity Company**

By: /s/ Tyler Hayes
Tyler Hayes, Senior Bond Claims Litigation Representative and Authorized Representative

DATED this 12 day of June, 2023.

## ORDER

Based upon the Stipulation of the Parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

IT IS HEREBY ORDERED that this Case shall be dismissed with prejudice. Plaintiffs and Defendants will each bear their own fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: june 15, 2023

-2-